AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
NOV - 7 2023
TONY R. MOORE, CLERK
BY: _____ MB
    DEPUTY

# UNITED STATES DISTRICT COURT
for the

JACOB METZ
_____
Petitioner

v.

PHILIPE MARTINEZ JR., Warden
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 23-cv-1597 Sec P
_____
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: JACOB METZ
   (b) Other names you have used: METZ, JACOB; Jacob William Metz; Jacob William Monroe Metz
2. Place of confinement:
   (a) Name of institution: Federal Correctional Complex II
   (b) Address: 2601 East Whatley Road, Oakdale, Louisiana 71463

   (c) Your identification number: 71747-019
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: U.S. District Court, ND.GA, Gainesville Division, 121 Spring Street, S.E., Room 201, Gainesville, GA 30501
      (b) Docket number of criminal case: 2:18-cr-00024-RWS-JCF
      (c) Date of sentencing: May 25th, 2019
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:   Federal Bureau of Prisons, Federal Correctional Complex II, 2601 East Whatley Road, Oakdale, Louisiana 71463
   (b) Docket number, case number, or opinion number:   None
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Petitioner is challenging the Bureau of Prison's decision to send him to the "halfway house" during his statutory six months of home confinement as set forth in the Second Chance Act, codified at 18 USC §3624(c)(2).
   (d) Date of the decision or action:   December 27, 2023

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:   Unit Case Manager Sharondalyn Botley

       (2) Date of filing:   September 6, 2023
       (3) Docket number, case number, or opinion number:   None assigned.
       (4) Result:   No response.
       (5) Date of result:   September 18, 2023
       (6) Issues raised:   Petitioner asked the Unit Case Manager with whom he must ask to be placed in home confinement for the final six months of his imprisonment. As part of the request Petitioner cited the Second Chance Act's Home Confinement provision. Please, refer to "Supporting Document 1" (Attached)

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes          ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: Housing Unit Manager Kaci Maxey via Informal Resolution Form, also called a "BP-8"

    (2) Date of filing: September 18, 2023

    (3) Docket number, case number, or opinion number: None assigned.

    (4) Result: Response given: "No resolution at my leelel [sic]."

    (5) Date of result: September 19, 2023

    (6) Issues raised: Petitioner brought the original request to the Unit Manager regarding home confinement as stated in the United States Code with the requested remedy being that the Petitioner be sent to home confinement on December 13th. Please, refer to "Supporting Document 2" (Attached).

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes      ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: Complex Warden Philipe Martinez, Jr. via Formal Remedy Request Form, also called a "BP-9".

    (2) Date of filing: September 22, 2023

    (3) Docket number, case number, or opinion number: 1178140-F1

    (4) Result: No response.

    (5) Date of result: November 1, 2023

    (6) Issues raised: Petitioner requested to be placed in Home Confinement for the final six months of his imprisonment as per 18 USC §3624(c)(2) as the remedy to the formal remedy request. If the remedy cannot be granted Petitioner requested that he be informed of whom, exactly, he must raise the issue with.

Included with the formal remedy request were copies of the original request and the informal resolution form in support of the Petitioner's request for remedy. Please refer to "Supporting Document 3" (Attached).

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☒ No

If "Yes," answer the following:

(a)      Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

     ☐ Yes      ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes                ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes    ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application:  Inmate Request to Staff
(b) Name of the authority, agency, or court:  Philipe Martinez Jr. - Complex Warden
(c) Date of filing:  September 26, 2023
(d) Docket number, case number, or opinion number:  None assigned.
(e) Result:  No response after thirty (30) days.
(f) Date of result:  October 26, 2023
(g) Issues raised:  Petitioner requested to be released to home confinement for the final six months of his imprisonment as required under the Second Chance Act. In the alternative, if the Bureau of Prisons cannot or will not abide the Second Chance Act then he would seek sentence reduction under the First Step Act.
   Please, refer to "Supporting Document 4" (Attached)

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: <u>The Second Chance Act provides that prisoners shall be placed in Home Confinement for the final 10 percent of their incarceration or six months, whichever is shorter. The Bureau of Prisons seeks to place Petitioner in a Residential Reentry Center ("half-way house") during this time.</u>

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

<u>Please, refer to "Supporting Document 5 - Memorandum of Law in support of Habeus Petition" (Attached)</u>

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes          ☐ No

GROUND TWO: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

GROUND THREE: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes           ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: Petitioner humbly requests for this honorable court to reduce his sentence to time served and release him to his place of residence to begin his life term of supervised release on December 13th, 2023.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

Thursday, November 2nd, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: Nov 2, 2023

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_